IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL STEVENS,** | Case No. C 13-02324 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **RICK HILL, Warden,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which Respondent is to respond to the Order to Show Cause filed by this Court on July 11, 2013, will be extended to November 7, 2013. Petitioner's traverse, if any, shall be filed and served within 60 days of service of the answer.

Dated: September 11, 2013

*Saundra B Armstrong*
The Honorable Saundra B. Armstrong

1

G:\PRO-SE\SBA\HC.13\Stevens2324.grantEOT.doc