IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVENS,<br><br>    Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>    Respondent. / | No. C 13-02324 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **June 16, 2014.**

    This Order terminates Docket no. 11.

    IT IS SO ORDERED.

DATED: 5/22/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.13\Stevens2324.grant2ndEOT.traverse.wpd